```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 19619
   VERNON R YOUNG JR
   JACQUELINE YOUNG                             CHAPTER 13

                                                JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-9505     SSN XXX-XX-4747

-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 07/30/2008 and was not confirmed.

     The case was dismissed without confirmation 12/01/2008.
-------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
AES LEHMAN BROTHERS BANK  UNSEC W/INTER         .00           .00           .00
AMERICAN EXPRESS          UNSEC W/INTER     4945.21           .00           .00
ASSET ACCEPTANCE          UNSEC W/INTER      116.70           .00           .00
CITIBANK USA              UNSEC W/INTER   NOT FILED           .00           .00
WOW INTERNET CABLE SVC    UNSEC W/INTER   NOT FILED           .00           .00
NATIONAL CAPITAL MGMT LL  UNSEC W/INTER     1271.90           .00           .00
ROUNDUP FUNDING LLC       UNSEC W/INTER     2708.27           .00           .00
NWMFF                     UNSEC W/INTER   NOT FILED           .00           .00
EMERGENCY ROOM CARE PROV  UNSEC W/INTER   NOT FILED           .00           .00
POWERS 24 HR TOWING SERV  UNSEC W/INTER   NOT FILED           .00           .00
NATIONAL CITY BANK        UNSEC W/INTER   NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER   NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER      153.21           .00           .00
HOLY CROSS HOSPITAL       UNSEC W/INTER       50.00           .00           .00
WFNNB NEW YORK & COMPANY  UNSEC W/INTER   NOT FILED           .00           .00
CAPITAL ONE AUTO FINANCE  SECURED VEHIC   19343.00           .00        300.00
CAPITAL ONE AUTO FINANCE  UNSEC W/INTER      405.66           .00           .00
CHASE MANHATTAN MORTGAGE  CURRENT MORTG        .00           .00           .00
CHASE MANHATTAN MORTGAGE  MORTGAGE ARRE        .00           .00           .00
CHASE HOME FINANCE LLC    CURRENT MORTG        .00           .00           .00
COOK COUNTY TREASURER     SECURED          2714.00           .00           .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG        .00           .00           .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE    1895.23           .00           .00
M & I MARSHALL & IISLEY   CURRENT MORTG        .00           .00           .00
M & I MARSHALL & IISLEY   MORTGAGE ARRE    1300.00           .00           .00
CHASE HOME FINANCE        MORTGAGE NOTI  NOT FILED           .00           .00
PIERCE & ASSOCIATES       MORTGAGE NOTI  NOT FILED           .00           .00
CHASE HOME FINANCE        MORTGAGE NOTI  NOT FILED           .00           .00
ANITA DANIELS             NOTICE ONLY    NOT FILED           .00           .00
CHRIS ANDERSON            NOTICE ONLY    NOT FILED           .00           .00
LEON ALLEN                NOTICE ONLY    NOT FILED           .00           .00
DOSHA GRANT               NOTICE ONLY    NOT FILED           .00           .00
IL STATE DISBURSEMENT UN  NOTICE ONLY    NOT FILED           .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      3,406.50                    2,506.32
TOM VAUGHN                TRUSTEE                                        218.68

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 19619 VERNON R YOUNG JR & JACQUELINE YOUNG
```

```
DEBTOR REFUND            REFUND                                            907.50

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                              RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       3,932.50

PRIORITY                                                  .00
SECURED                                                300.00
UNSECURED                                                 .00
ADMINISTRATIVE                                       2,506.32
TRUSTEE COMPENSATION                                   218.68
DEBTOR REFUND                                          907.50
                           ---------------      ---------------
TOTALS                        3,932.50             3,932.50
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 03/05/09              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE